# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620

February 3, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

         Re:     Espinoza et al v. Westside Supermarket LLC et al
                     1:21-cv-08368-PGG-GWG

Dear Judge Gardephe:

     This office represents Plaintiff in the above-referenced matter. We write jointly with Defendants to respectfully request a brief extension to file our Cheeks submission pursuant to this Court's Order, dated January 12, 2023. The Cheeks submission was originally due by February 2, 2023. This is our first request for an extension to file the Cheeks submission.

     The settlement agreement for this action is on the cusp of finalization. We respectfully request an additional week to file our Cheeks submission, extending our time to file until February 9, 2023.

     We thank the Court for its time and consideration regarding this matter.

Respectfully Submitted,

*/s/Frank Palermo*
Frank J Palermo, Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiff*

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: February 3, 2023

*Certified as a minority-owned business in the State of New York*