```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANGEL ESPINOZA et al                          :

                Plaintiffs,                   :     ORDER

        -v.-                                  :
                                                    21 Civ. 8368 (JHR) (GWG)
WESTSIDE SUPERMARKET LLC et al.,              :

                Defendants.                   :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

On or before April 7, 2023, the parties shall file either (a) an application to Judge Rearden for approval of any settlement or (2) the pre-trial order materials required by part 7 of Judge Rearden's Individual Practices.

SO ORDERED.

Dated: March 23, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge