UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL ESPINOZA et al.,                             :

                                                                      :    <u>ORDER</u>
                                 Plaintiffs,        21 Civ. 8368 (JHR) (GWG)
                                                                      :

   -v.-
                                                                      :

WESTSIDE SUPERMARKET LLC et al.,
                                                                      :

                                  Defendants.    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A pre-trial conference in this matter is scheduled for April 12, 2023 at 11:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. At the conference the Court will address the applications made in Docket # # 72 & 73.  The parties should make no further filings with respect to those letters.

     This conference is the only matter scheduled for this date and time.  The parties must plan to arrive early so as to ensure that the conference begins on time.

     Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.  In accordance with paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein), any requests for an adjournment must be made in writing as soon as the need to adjourn is known.  Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference.  The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

     SO ORDERED.

Dated: April 10, 2023
       New York, New York

                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge