UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANGEL ESPINOZA et al., :

        Plaintiffs, : <u>ORDER</u>

-v.- :

    21 Civ. 8368 (JHR) (GWG)

WESTSIDE SUPERMARKET LLC et al., :

        Defendants. :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The deadline for discovery having expired, the parties shall file on or before September 25, 2023, either (a) an application to Judge Rearden for approval of any settlement or (2) the pre-trial order materials required by part 7 of Judge Rearden's Individual Practices.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge