UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL ESPINOZA, *individually and on behalf of others similarly situated*,<br><br>                                      Plaintiff,<br><br>-v.-<br><br>WESTSIDE SUPERMARKET LLC et al.,<br><br>                                      Defendants. | 21 Civ. 08368 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

This case has been placed on the Court's January 8, 2024 trial-ready calendar. The jury trial will begin on **January 8, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after January 8, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **November 20, 2023**. See ECF No. 91. On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **November 27, 2023**. The parties shall submit electronic and hard copies of all intended exhibits by **January 4, 2024**, in accordance with Rule 7.G of the Court's Individual Rules.

The Court will hold a final pretrial conference by telephone on **December 27, 2023** at **12:00 noon**. Counsel should join the conference by dialing 646-453-4442 and entering access code 267 361 559 followed by the pound (#) key. The conference must be attended by the attorneys who will serve as principal trial counsel.

SO ORDERED.

Dated: November 10, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge