UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL ESPINOZA, *individually and on behalf of others similarly situated*,

                Plaintiff,

-v.-

WESTSIDE SUPERMARKET LLC et al.,

                Defendants.

21 Civ. 08368 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

Upon Defendants' application to adjourn the January 23, 2024 trial and Plaintiff's consent thereto, the Court hereby adjourns the trial to the Court's April 9, 2024 trial-ready calendar. The trial will begin on **April 9, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after April 9, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

The final pretrial conference is adjourned to **March 26, 2024 at 11:30 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering access code 267 361 559 followed by the pound (#) key. The conference must be attended by the attorneys who will serve as principal trial counsel.

The parties shall submit electronic and hard copies of all intended exhibits by **April 4, 2024**, in accordance with Rule 7.G of the Court's Individual Rules.[1]

SO ORDERED.

Dated: December 7, 2023
      New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge

---

[1] Pursuant to the Court's November 10, 2023 Order, all other trial materials specified in Rule 7 of the Court's Individual Rules were due by November 27, 2023. See Individ. R. And Pracs. 7.A, 7.B.