UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL ESPINOZA,

                        Plaintiff,                     **21 Civ. 8368 (JHR) (GS)**

        -against-                          **PRE-SETTLEMENT
                                                      CONFERENCE ORDER**

MAJED ALMADHLOM, TAWFIK
ALHAYANI and WEST VILLAGE
FINEST DELI CORP.,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Thursday, February 29, 2024 at 03:00 p.m.** to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 978 159 891#.**

      SO ORDERED.

DATED:    New York, New York
                 February 28, 2024

                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge