**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

**MEMO ENDORSED**

TEL: (212) 661-5306                                   FAX: (646) 349-5308

April 15, 2024

**VIA ECF**
Hon. Magistrate Judge Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Espinoza v. Westside Supermarket, LLC., et al.*
      Civil Action No. 21-8368

Hon. Magistrate Judge Stein:

I represent the Defendants in the referenced lawsuit and write to request an extension of the deadline to file a letter seeking the court's review for fairness of the proposed settlement agreement.

The reasons motivating this application are: on Friday, April 12, 2024, Plaintiff's counsel, Jarret Bodo,[1] advised me that the Plaintiff had yet to sign the proposed settlement agreement. To date, a signed settlement agreement has not been forthcoming. Moreover, I have yet to receive from Plaintiff's counsel a copy of the proposed fairness letter for my review.

Plaintiff's counsel requested that I file this request and hence this is a joint request.

Application granted. The parties' deadline to file their letter and supporting papers seeking settlement approval is extended to April 29, 2024. The Clerk of Court is respectfully directed to close Docket Number 112. SO ORDERED.

Respectfully submitted,

Ian Wallace
*Attorney for Defendants*

Date:   April 16, 2024
        New York, New York

Gary Stein
**United States Magistrate Judge**
**Southern District of New York**

---

[1] Mr. Bodo's motion to withdraw as counsel was recently granted but the Plaintiff continues to be represented by CSM Legal, P.C.