

**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-5306                                                                                                      FAX: (646) 349-5308

June 27, 2024

**VIA ECF**
Hon. Magistrate Judge Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Espinoza v. Westside Supermarket, LLC., et al.*
       **Civil Action No. 21-8368**

Hon. Magistrate Judge Stein:

      I represent the Defendants in the referenced lawsuit and write to request an extension of the deadline to file a revised fairness application, hence until **July 2, 2024**. The parties have agreed upon the wording of a revised settlement agreement and I have received a copy of this revised agreement signed by the Plaintiff.

      The reasons motivating this *late* application[1] for a one-week extension of time: I have encountered difficulties in obtaining the agreement countersigned by the individual Defendants, one of whom was in Yemen until a couple of days ago.

      The individual Defendants will be able to sign the revised settlement agreement to submit to this Court for review within a week, perhaps sooner.

      Plaintiff's counsel has consented to this application for additional time. I do not anticipate requiring further extensions of time.

Application granted. The parties shall file their papers seeking approval of the revised settlement agreement by July 2, 2024.

SO ORDERED.

Date:   June 27, 2024
        New York, New York

Respectfully submitted,

Ian Wallace
*Attorney for Defendants*

Gary Stein
United States Magistate Judge
Southern District of New York

---

[1] The Court had provided the parties until June 25, 2024 to file a renewed fairness application, and an amended settlement agreement that complies with this Court's order.