UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL ESPINOZA, *individually and on behalf of other similarly situated*,

                Plaintiff,

- against -

WESTSIDE SUPERMARKET LLC *et al.*,

                Defendants.
------------------------------------------------------------X

**21 Civ. 8368 (GS)**

**ORDER APPROVING SETTLEMENT**

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of the parties' latest revised Settlement Agreement and Release (Dkt. No. 122 Ex. A (the "Second Revised Settlement Agreement")) in furtherance of their request for approval thereof pursuant to *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015).  By Order dated May 20, 2024, the Court rejected the initial settlement agreement due to its overbroad and non-mutual release provision.  (*See* Dkt. No. 115 at 1, 3-7).

      After the parties attempted to rectify this defect via the submission of a Revised Settlement Agreement (Dkt. No. 118 Ex. A), the Court again rejected the parties' proposed language in Paragraph 3B of the Revised Settlement Agreement on the ground that the definition of "Claims" therein was still overbroad.  (*See* Dkt. No. 119 at 2).  The Court then suggested modifications to Paragraph 3B that it would find acceptable in a renewed submission.  (*Id.* at 2-3).

As a review of the Second Revised Settlement Agreement confirms, the parties have adopted the Court's suggestion. (*See* Dkt. No. 122 Ex. A at 3). Further, it appears the parties have otherwise left the Revised Settlement Agreement untouched when measured against the Second Revised Settlement Agreement. (*Compare* Dkt. No. 122 Ex. A *with* Dkt. No. 118 Ex. A). Because the undersigned has already found the remaining terms of the parties' settlement to be fair and reasonable (*see* Dkt. Nos. 115 at 1-3, 119 at 3-4), the Court hereby **APPROVES** the Second Revised Settlement Agreement. The Court also agrees to retain jurisdiction over future disputes relating to enforcement of the Agreement pursuant to Paragraph 2 thereof.

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

DATED:   New York, New York
July 24, 2024

_____
GARY STEIN
United States Magistrate Judge